```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

CHAFFIE BROWN                                    CIVIL ACTION

VERSUS                                           NO: 07-3018

MICHAEL J. ASTRUE,                               SECTION: R(3)
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION

## ORDER

The Court, finding that as of this date neither party has filed any objections to the Magistrate Judge's Report and Recommendation,[1] hereby approves the Report and Recommendation and adopts it as its opinion.

Accordingly, the plaintiff's motion for summary judgment is GRANTED, the Commissioner's cross-motion for summary judgment is DENIED, the ALJ's opinion is VACATED and plaintiff's case is REMANDED for further proceedings consistent with the Report and Recommendation.

New Orleans, Louisiana, this 4th day of August, 2011.

           _____
                    SARAH S. VANCE
              UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 30.